IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES W. WILSON, JR.                                                                   PLAINTIFF

      v.                          Civil No. 1:07-cv-01045

HENRY BISSYLE, Jailer,
Ashley County Jail; and
ALLEN ROUSE, Jailer,
Ashley County Jail                                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff's complaint was filed in this case on April 3, 2007, in the Eastern District of Arkansas. The case was then transferred to this court and the file received on May 23, 2007. Plaintiff submitted with his complaint only one page of an application to proceed *in forma pauperis* (IFP).

On May 31, 2007, an order (Doc. 11) was entered directing the plaintiff to complete, sign, and return an IFP application to the court by June 19, 2007, or pay the $ 350.00 filing fee. Plaintiff was advised that if he failed to return the completed IFP application or pay the filing fee by June 19, 2007, the case would become subject to summary dismissal.

Plaintiff has not responded to the court's order. Plaintiff has not sought an extension of time to respond to the court's order. Plaintiff has not communicated with the court in anyway. The court's order has not been returned as undeliverable.

I therefore recommend the complaint be dismissed on the grounds plaintiff has failed to obey an order of this court and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). **Mr. Wilson has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver**

**of the right to appeal questions of fact. Mr. Wilson is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

  DATED this 27th day of June 2007.

                /s/ Barry A. Bryant
                HON. BARRY A. BRYANT
                UNITED STATES MAGISTRATE JUDGE