IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES W. WILSON, JR.                                                                  PLAINTIFF

VS.                                       CASE NO. 07-CV-1045

HENRY BISSYLE, Jailer,
Ashley County Jail; and
ALLEN ROUSE, Jailer,
Ashley County Jail                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on June 27, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 12). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff James W. Wilson, Jr.'s Complaint should be and hereby is dismissed on the ground that he has failed to obey an order of this Court and has failed to prosecute this action. *See* Fed.R.Civ.P. 41(b).

IT IS SO ORDERED, this 24th day of July, 2007.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge